IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.P. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-2446 |
| | : | |
| PENN-DELCO SCHOOL DISTRICT | : | |

# ORDER

AND NOW, this 20th day of November 2015, upon consideration of the parties' cross motions for summary judgment (ECF Doc. Nos. 12, 13), responses (ECF Doc. Nos. 15, 17), after oral argument and for the reasons in the accompanying Memorandum, **IT IS ORDERED** Defendant's Motion (ECF Doc. No. 13) is **GRANTED in part** and Plaintiff's Motion (ECF Doc. No. 12) is **DENIED**.

While we find for Defendant on Plaintiff's claims, we deny its request for attorneys fees. The Clerk is directed to **close** this case.

KEARNEY, J.